IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ISABELLA BERNAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BACKSLIDERS, LLC D/B/A SOUTH AUSTIN BEER GARDEN, DAVID B. PEARCE AND RYAN THOMAS,<br><br>Defendants | Civil Action No. 1:23-cv-00471-RP |

## ORDER ON PROPOSED SCHEDULING RECOMMENDATIONS

Before the Court is the Parties' Proposed Scheduling Recommendations (Dkt. 9). This case is styled as a collective action under the Fair Labor Standards Act ("FLSA"), and the Parties have proposed that this case proceed in two Phases.

As such, Phase I discovery, limited to the appropriateness of notice issuing in this matter, will occur within the 60 day period of time beginning from the date of the Court's entry of this Order.

Plaintiff's Motion for Notice is to be filed within 90 days from the date of the Court's entry of this Order, with Defendants' Response due 14 days after the date of Plaintiff's Motion for Notice, and Plaintiff's Reply due 7 days after the date of Defendants' Response.

Not later than 15 days after either (1) the close of the class notice period, if any, or (2) the date the Court denies Plaintiff's Motion for Notice, the Parties are ordered to submit additional joint proposed scheduling recommendations, including deadlines for the items in the Court's form scheduling order.

SIGNED this the 12th day of September, 2023.

_____
HONORABLE ROBERT PITMAN