IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ISABELLA BERNAL, Individually and on Behalf of All Others Similarly Situated, <br>     Plaintiff, <br><br>v. <br><br>BACKSLIDERS, LLC dba "South Austin Beer Garden," RYAN THOMAS, and DAVID B. PEARCE, <br>     Defendants. | § § § § § § § § § § § § | Civil Action No. 1:23-CV-00471-RP |

**ORDER ON DEFENDANTS' MOTION FOR LEAVE TO FILE COUNTERCLAIM**

On this day the Court considered Defendants Backsliders, LLC d/b/a South Austin Beer Garden, Ryan Thomas, and David B. Pearce's Motion for Leave to File Counterclaim.

Having considered the motion, the response and any replies, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendants Backsliders, LLC d/b/a South Austin Beer Garden, Ryan Thomas, and David B. Pearce's Motion for Leave to File Counterclaim is GRANTED.

Signed this _____ day of _____, 2023

_____
Robert Pitman
U.S. District Judge

## **CONCLUSION**

Defendants, Backsliders, LLC, dba South Austin Beer Garden, Ryan Thomas and David Pearce, pray the Court that upon trial hereof, Plaintiff recover nothing and that Defendants recover their damages in an amount to be proved at trial, as well as costs and attorneys' fees, and for such other and further relief as they may show themselves justly entitled.

Respectfully Submitted,

/s/ *William T. Palmer*
Thomas A. Nesbitt
 tnesbitt@dnaustin.com
 Texas Bar No. 24007738
Laura J. Goodson
 lgoodson@dnaustin.com
 Texas Bar No. 24045959
William T. Palmer
 wpalmer@dnaustin.com
 Texas Bar No. 24121765
DeShazo & Nesbitt L.L.P.
809 West Avenue
Austin, Texas  78701
512/617-5560
512/617-5563 (Fax)

**ATTORNEYS FOR DEFENDANTS BACKSLIDERS, LLC, DBA SOUTH AUSTIN BEER GARDEN, RYAN THOMAS, AND DAVID PEARCE**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of September, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Aaron Charles de la Garza
Aaron Charles de la Garza, PLLC
509 W. 18th Street
Austin, Texas 78701
aaron@adlglaw.com

Douglas B. Welmaker
Welmaker Law, PLLC
409 Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

                                            /s/ *William T. Palmer*
                                            William T. Palmer