IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ISABELLA BERNAL, Individually and on Behalf of All Others Similarly Situated,<br>    Plaintiff,<br><br>v.<br><br>BACKSLIDERS, LLC dba "South Austin Beer Garden," RYAN THOMAS, and DAVID B. PEARCE,<br>    Defendants. | § § § § § § § § § § § § | Civil Action No. 1:23-CV-00471-RP |

## ORDER ON PLAINTIFF'S MOTION TO DISMISS OR STRIKE DEFENDANTS' COUNTERCLAIM

On this day the Court considered Plaintiff's Motion to Dismiss or Strike Defendants' Counterclaim.

Having considered the motion, the response and any replies, the Court is of the opinion that the motion should be DENIED.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Dismiss or Strike Defendants' Counterclaim is DENIED.

Signed this _____ day of _____, 2023

_____
Robert Pitman
U.S. District Judge