# EXHIBIT TWO

# Proposed Form of Email and Text Notices

## PROPOSED EMAIL NOTICE

Subject line: Notice Concerning Lawsuit Against Backsliders, LLC d/b/a South Austin Beer Garden ("SABG")

*This is a Time-Sensitive, Court-Authorized Notice.*

You are receiving this email because the records of Backsliders, LLC d/b/a South Austin Beer Garden ("SABG") indicate you were employed by SABG as a bartender or a barback for at least one week during the period of December ___, 2020 through the present, and that you are thus eligible to join a lawsuit filed by a former SABG employee, Isabella Bernal, against SABG, Ryan Thomas, and David B. Pearce claiming that she and other similarly situated employees are owed unpaid wages and misappropriated tips. SABG, Ryan Thomas and David B. Pearce deny the allegations and are defending the lawsuit.

A paper copy of the court-authorized notice materials was mailed to you at the address SABG had on file for you.

For additional information about the case, including your rights and how to join, please visit: <<hyperlink>>

You may also contact the law firm representing the bartenders and barback, Aaron C. de la Garza, PLLC, by calling 512-474-7054.

The deadline to return your signed consent form is [Insert Date] [60 days from issuance of notice]

## PROPOSED TEXT MESSAGE NOTICE

*This is a Time-Sensitive, Court-Authorized Notice.*

If you worked for at least one week at Backsliders, LLC d/b/a South Austin Beer Garden as a bartender or barback at any time from December ___, 2020 to the present, you may be entitled to join a lawsuit for unpaid wages and other damages. For additional information, including how to join the case, visit <<hyperlink>>. The deadline to join the lawsuit is [Insert Date] [60 days from issuance of notice].