IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ISABELLA BERNAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BACKSLIDERS, LLC D/B/A SOUTH AUSTIN BEER GARDEN, DAVID B. PEARCE AND RYAN THOMAS,<br><br>Defendants | §§§§§§§§§§§§§ | Civil Action No. 1:23-CV-00471-DAE |

**PLAINTIFF'S NOTICE OF MAILING, EMAILING AND TEXT NOTICE**

Plaintiff Isabella Bernal hereby notifies the Court that a copy of the Court-approved Notice Form was sent out to the putative collective members by First Class U.S. Mail and via text message on Friday, January 5, 2024 and via email on January 8, 2024.

Respectfully submitted,

/s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
WELMAKER LAW PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

Aaron Charles de la Garza
Attorney in Charge
State Bar No. 24028282
Aaron C de la Garza, PLLC
509 W. 18th St.
Austin, Texas 78701
Telephone: (512) 474-7054
Fax: (512) 474-5605
aaron@adlglaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on January 8, 2024.

/s/ Douglas B. Welmaker
Douglas B. Welmaker