IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ISABELLA BERNAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BACKSLIDERS, LLC D/B/A SOUTH AUSTIN BEER GARDEN, DAVID B. PEARCE AND RYAN THOMAS,<br><br>Defendants | §§§§§§§§§§§§§§ Civil Action No. 1:23-CV-00471-DAE |

**PLAINTIFF'S NOTICE OF FILING OF CONSENTS**

Plaintiff Isabella Bernal hereby files the Consents of Darryl Russell, Brandt M. Stewart, and Claudia Almanza, in connection with the above-entitled and numbered action, attached hereto as Exhibits A-C respectively.

Respectfully submitted,

/s/ Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
WELMAKER LAW PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

Aaron Charles de la Garza
Attorney in Charge
State Bar No. 24028282
Aaron C de la Garza, PLLC
509 W. 18th St.
Austin, Texas 78701
Telephone: (512) 474-7054
Fax: (512) 474-5605
aaron@adlglaw.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on March 8, 2024.

/s/ Douglas B. Welmaker
Douglas B. Welmaker