Exhibit A

## CONSENT TO JOIN FLSA LAWSUIT

I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA") by Isabella Bernal ("Plaintiff") against Backsliders, LLC d/b/a/South Austin Beer Garden ("SABG"), Ryan Thomas, and David B. Pearce (together, "Defendants") to recover unpaid wages, misappropriated tips, liquidated damages, and attorneys' fees and costs.

By signing this consent, I designate the firm and attorneys at Aaron C. de la Garza, PLLC and Welmaker Law, PLLC ("Law Firms") and any other attorneys with whom they may associate to pursue my claims for unpaid wages. I also consent to be bound by the court's decision or judgment. I understand that I will be bound by, and will share in, any judgment entered by the Court or the terms of any settlement in this litigation that may be negotiated on behalf of all Plaintiffs.

I consent to having Plaintiff and Plaintiff's Counsel make decisions on my behalf regarding the litigation, the method and manner of conducting this litigation, the terms of any potential settlement in this litigation, entering into an agreement with Plaintiff's Counsel regarding representation, and all other matters pertaining to the lawsuit. If I sign this consent, the decisions or agreements made and entered into in this litigation by Plaintiff will be binding on me.

I understand that Plaintiff has entered into a Representation Agreement with the Law Firms that apply to all opt-in plaintiffs who sign and file this consent. By signing this consent, I agree to be bound by the Representation Agreement. I understand that I may obtain a copy of the Representation Agreement by requesting it from the Law Firms.

I understand that Isabella Bernal is the Representative Plaintiff in this litigation. I understand that the Law Firms and Plaintiff may, in the future, appoint other individuals to be Representative Plaintiff(s) in this litigation. I consent to such appointment and agree to be bound by the decisions of such new Representative Plaintiff(s) for all purposes related to this litigation.

I acknowledge that this consent will be filed in this lawsuit, which seeks to recover underpaid wages and misappropriated tips that I may be owed by Defendants.

Darryl Russell                                              Jan 5, 2024
Printed Name                                                Date

*Darryl Russell*
Darryl Russell (Jan 5, 2024 21:11 CST)
Signature