IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| ISABELLA BERNAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BACKSLIDERS, LLC D/B/A SOUTH AUSTIN BEER GARDEN, DAVID B. PEARCE AND RYAN THOMAS,<br><br>Defendants | Civil Action No. 1:23-cv-00471-DAE |

## PROPOSED JOINT SCHEDULING RECOMMENDATIONS

Plaintiff Isabella Bernal, on behalf of herself and all others similarly situated ("Plaintiff"), and Defendants Backsliders LLC d/b/a South Austin Beer Garden, David B. Pearce and Ryan Thomas ("Defendants") present the joint proposed scheduling recommendations in compliance with the Court's September 9, 2023 "Order on Proposed Scheduling Recommendations." The parties' scheduling recommendations are shown by the proposed Agreed Second Scheduling Order attached hereto as Exhibit One.

Respectfully Submitted,

| | |
|---|---|
| /s/ *Aaron Charles de la Garza* | /s/ *William T Palmer* |
| **Aaron Charles de la Garza** | **Thomas A. Nesbitt** |
| Attorney in Charge | tnesbitt@dnaustin.com |
| State Bar No. 24028282 | Texas Bar No. 24007738 |
| Aaron C de la Garza, PLLC | **Laura J. Goodson** |
| 509 W. 18th St. | lgoodson@dnaustin.com |
| Austin, Texas 78701 | Texas Bar No. 24045959 |
| Telephone: (512) 474-7054 | **William T. Palmer** |
| Fax: (512) 474-5605 | wpalmer@dnaustin.com |
| aaron@adlglaw.com | Texas Bar No. 24121765 |
| | |
| | DeShazo & Nesbitt L.L.P. |
| /s/ *Douglas B. Welmaker* | 809 West Avenue |
| **Douglas B. Welmaker** | Austin, Texas 78701 |
| State Bar No. 00788641 | 512/617-5560 |
| Welmaker Law, PLLC | 512/617-5563 (Fax) |
| 409 N. Fredonia, Suite 118 | |
| Longview, Texas 75601 | **ATTORNEYS FOR DEFENDANTS** |
| Phone: (512) 799-2048 | **BACKSLIDERS, LLC, DBA SOUTH** |
| doug@welmakerlaw.com | **AUSTIN BEER GARDEN, RYAN THOMAS,** |
| | **AND DAVID PEARCE** |
| **ATTORNEYS FOR PLAINTIFF** | |

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing through the CM/ECF system on March 21, 2024

/s/ Aaron Charles de la Garza
Aaron Charles de la Garza