**FILED**
March 27, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ps_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ISABELLA BERNAL, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | Civil Action No. 1:23-cv-00471-DAE |
| v. | § § | |
| BACKSLIDERS, LLC D/B/A SOUTH AUSTIN BEER GARDEN, DAVID B. PEARCE AND RYAN THOMAS, | § § § § | |
| Defendants | § | |

## AGREED SECOND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Second Scheduling Order is issued by the Court:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before <u>April 29, 2024</u>.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before <u>April 29, 2024</u>, and each opposing party shall respond, in writing, on or before <u>May 29, 2024</u>. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before <u>April 29, 2024</u>.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before <u>April 29, 2024</u>.

5. All parties asserting claims for relief shall file their designation of testifying experts and serve

on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before <u>April 29, 2024</u>. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before <u>May 29, 2024</u>. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

7. The parties shall complete all discovery on or before <u>June 14, 2024.</u>

8. All dispositive motions shall be filed on or before <u>July 15, 2024</u> and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

9. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

SIGNED on  March 27, 2024.

                                                DAVID A. EZRA
                                                UNITED STATES DISTRICT JUDGE