IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ISABELLA BERNAL, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff. | § § | Civil Action No. 1:23-CV-00471-DAE |
| v. | § § | |
| BACKSLIDERS, LLC D/B/A SOUTH AUSTIN BEER GARDEN, DAVID B. PEARCE AND RYAN THOMAS, | § § § § | |
| Defendants. | § | |

**JOINT ADR REPORT**

Plaintiff Isabella Bernal, on behalf of herself and all others similarly situated ("Plaintiff"), and Defendants Backsliders LLC d/b/a South Austin Beer Garden, David B. Pearce and Ryan Thomas ("Defendants") present this joint report on alternative dispute resolution in compliance with the Court's March 27, 2024 Agreed Second Scheduling Order.

1. The parties have agreed on mediation as their method of ADR, with such mediation to be completed by August 15, 2024.

2. The parties have agreed that mediation of this case shall be conducted by Lakeside Mediation Center; the parties may select another mediator by agreement.

3. The mediator will be compensated with his or her standard fee. Plaintiff and Defendants will each be responsible for one-half of this fee.

4. The parties' respective attorneys of record are responsible for managing negotiations on behalf of the parties. Each party's attorneys, party representatives, and all other persons necessary to negotiate a settlement will personally attend the mediation.

Respectfully submitted,

/s/ *Aaron Charles de la Garza*
**Aaron Charles de la Garza**
Attorney in Charge
Texas Bar No. 24028282
Aaron C de la Garza, PLLC
509 W. 18th St.
Austin, Texas 78701
(512) 474-7054
 (512) 474-5605 (Fax)
aaron@adlglaw.com

/s/  *Douglas B. Welmaker*
**Douglas B. Welmaker**
Texas Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
(512) 799-2048
doug@welmakerlaw.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *William T. Palmer*
**Thomas A. Nesbitt**
tnesbitt@dnaustin.com
Texas Bar No. 24007738
**Laura J. Goodson**
lgoodson@dnaustin.com
Texas Bar No. 24045959
**William T. Palmer**
wpalmer@dnaustin.com
Texas Bar No. 24121765

DeShazo & Nesbitt L.L.P.
809 West Avenue
Austin, Texas 78701
(512) 617-5560
(512) 617-5563 (Fax)

**ATTORNEYS FOR DEFENDANTS BACKSLIDERS, LLC, DBA SOUTH AUSTIN BEER GARDEN, RYAN THOMAS, AND DAVID PEARCE**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing through the CM/ECF system on April 26, 2024.

/s/ Aaron Charles de la Garza
Aaron Charles de la Garza