**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **ISABELLA BERNAL, Individually and On Behalf of All Others Similarly Situated,** § § § |  |
| **Plaintiff,** § |  |
| § |  |
| **v.** § | Civil Action No. 1:23-cv-00471-DAE |
| § |  |
| **BACKSLIDERS, LLC D/B/A SOUTH AUSTIN BEER GARDEN, DAVID B. PEARCE AND RYAN THOMAS,** § § § |  |
| **Defendants.** § |  |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Plaintiff Isabella Bernal, on behalf of herself and all others similarly situated, and through her undersign counsel:

 X   consents to having a United States Magistrate Judge preside over the trial in this case.
 ___ declines to consent to trial before a United States Magistrate Judge.

               Respectfully submitted,

               /s/ *Aaron Charles de la Garza*
               **Aaron Charles de la Garza**
               Attorney in Charge
               Texas Bar No. 24028282
               Aaron C de la Garza, PLLC
               509 W. 18th St.
               Austin, Texas 78701
               (512) 474-7054
               (512) 474-5605 (Fax)
               aaron@adlglaw.com

               /s/  *Douglas B. Welmaker*
               **Douglas B. Welmaker**
               Texas Bar No. 00788641
               Welmaker Law, PLLC
               409 N. Fredonia, Suite 118
               Longview, Texas 75601
               (512) 799-2048
               doug@welmakerlaw.com
               **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically served on all counsel of record via Notice of Electronic Filing through the CM/ECF system on April 26, 2024.

                                                       /s/ Aaron Charles de la Garza
                                                       Aaron Charles de la Garza