IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ISABELLA BERNAL, Individually and on Behalf of All Others Similarly Situated,<br>    Plaintiff,<br><br>v.<br><br>BACKSLIDERS, LLC dba "South Austin Beer Garden," RYAN THOMAS, and DAVID B. PEARCE,<br>    Defendants. | § § § § § § § § § § § | Civil Action No. 1:23-CV-00471-DAE |

## **NOTICE CONCERNING CONSENT TO MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Defendants Backsliders, LLC d/b/a "South Austin Beer Garden," Ryan Thomas, and David Pearce:

X  Consent to having a United States Magistrate Judge preside over the trial in this case.
__ Decline to consent to trial before a United States Magistrate Judge.

                                               Respectfully Submitted,

                                               /s/ *William T. Palmer*
                                               Thomas A. Nesbitt
                                               tnesbitt@dnaustin.com
                                               Texas Bar No. 24007738
                                               Laura J. Goodson
                                               lgoodson@dnaustin.com
                                               Texas Bar No. 24045959
                                               William T. Palmer
                                               wpalmer@dnaustin.com
                                               Texas Bar No. 24121765
                                               DeShazo & Nesbitt L.L.P.
                                               809 West Avenue
                                               Austin, Texas  78701
                                               512/617-5560
                                               512/617-5563 (Fax)

2

**ATTORNEYS FOR DEFENDANTS
BACKSLIDERS, LLC, DBA SOUTH AUSTIN BEER
GARDEN, RYAN THOMAS, AND DAVID PEARCE**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Aaron Charles de la Garza
Aaron Charles de la Garza, PLLC
509 W. 18th Street
Austin, Texas 78701
aaron@adlglaw.com

Douglas B. Welmaker
Welmaker Law, PLLC
409 Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

                                        /s/ *William T. Palmer*
                                        William T. Palmer