IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ISABELLA BERNAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiff, | § | |
| v. | § | A-23-CV-471-ML |
| | § | |
| BACKSLIDERS, LLC DBA "SOUTH AUSTIN BEER GARDEN," RYAN THOMAS, AND DAVID B. PEARCE, | § § § § | |
| Defendants. | § | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

Before the court is the above-referenced case, which has been transferred to the undersigned by the United States District Judge. It appears to the undersigned that a brief conference with the parties would be helpful in advancing the efficient resolution of this matter.

The court hereby sets and directs the parties, or counsel acting on their behalf, to participate in a status conference **at 9:30 a.m. on June 6, 2024 at telephone number (888) 557-8511, access code 9460389.** The parties shall call in 5 minutes before the start time.

The court intends to call multiple cases during the same telephonic conference. To facilitate those settings, the use of speaker phones is prohibited during the telephonic appearance. Additionally, attorneys should call in with their phones on "mute" and wait for the Courtroom Deputy to call their case before they speak.

The court further **ORDERS** the parties to meet and confer regarding any necessary changes to the trial date and all interim scheduling order dates before the status conference.

SIGNED May 22, 2024.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE