## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| ISABELLA BERNAL, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>                    Plaintiff,<br><br>v.<br><br>BACKSLIDERS, LLC DBA "SOUTH AUSTIN BEER GARDEN," RYAN THOMAS, AND DAVID B. PEARCE,<br>                    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | A-23-CV-471-ML |

### NOTICE

This case has settled. On August 20, 2024, the parties filed a joint motion for dismissal requesting administrative closure and dismissal with prejudice contingent upon the court's retention of continuing ancillary jurisdiction through April 1, 2026 in order to permit entry of the agreed judgment if such is necessary to enforce the parties' settlement agreement. Dkt. 39. The court has granted that motion.

Accordingly, the Clerk's Office is directed to **CLOSE** this case.

SIGNED August 27, 2024.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

1